**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADAPTIX, Inc., <br><br> Plaintiff, <br><br> v. <br><br> AT&T MOBILITY LLC, <br><br> Defendant. | Case No. 6:15-cv-00043-RWS-JDL <br><br> **LEAD CASE** |
| v. <br><br> SPRINT SPECTRUM, L.P., <br><br> Defendant. | Case No. 6:15-cv-000044-RWS-JDL |
| v. <br><br> CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS <br><br> Defendant. | Case No. 6:15-cv-000045-RWS-JDL |

**DEFENDANTS' NOTICE OF DISCLOSURE**

Defendants AT&T Mobility LLC, Sprint Spectrum, L.P., and Cellco Partnership d/b/a Verizon Wireless (collectively, "Defendants") hereby give notice to the Court that on January 8, 2016, Defendants served Plaintiff Adaptix, Inc. its Invalidity Contentions via electronic mail.

Dated: January 8, 2016

Respectfully submitted,

*/s/ Geoffrey M. Godfrey*
Mark D. Flanagan
  mark.flanagan@wilmerhale.com
Robert M. Galvin
  robert.galvin@wilmerhale.com
Geoffrey M. Godfrey
  geoff.godfrey@wilmerhale.com
Cortney C. Hoecherl
  cortney.hoecherl@wilmerhale.com

1

S. Dennis Wang
   dennis.wang@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:   (650) 858-6000
Facsimile:   (650) 858-6100

Michael E. Jones (SBN 10929400)
Allen Franklin Gardner (SBN 24043679)
Potter Minton, P.C.
110 N. College Ave., Suite 500
Tyler, TX 75702
(903) 597-8311
(903) 593-0846 – fax
mikejones@potterminton.com
allengardner@potterminton.com

*Attorneys for Defendant*
*CELLCO PARTNERSHIP d/b/a*
*VERIZON WIRELESS*

Dated:  January 8, 2016          Respectfully submitted,

*/s/  Jennifer C. Tempesta*
Douglas M. Kubehl
Kurt M. Pankratz
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6500
douglas.kubehl@bakerbotts.com
kurt.pankratz@bakerbotts.com

Jennifer C. Tempesta
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, New York 10112
(212) 408-2500
jennifer.tempesta@bakerbotts.com

*Attorneys for AT&T Mobility LLC*

Dated:  January 8, 2016                                  Respectfully submitted,

/s/ *Mark W. McGrory*

Allen Franklin Gardner (SBN 24043679)
Michael E. Jones (SBN 10929400)
Potter Minton, P.C.
110 N. College Ave., Suite 500
Tyler, TX 75702
(903) 597-8311
(903) 593-0846 – fax
allengardner@potterminton.com
mikejones@potterminton.com

Jason W. Cook (SBN 24028537)
McGuireWoods LLP
2000 McKinney Ave., Suite 1400
Dallas, TX 75201
(214) 932-6400
(214) 932-6499 - fax
JCook@mcguirewoods.com

George B. Davis (VA Bar 83165)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
(804) 775-1000
(804) 775-2016 - fax
gdavis@mcguirewoods.com

Mark W. McGrory (KS Bar 12316)
Erise IP, P.A.
6201 College Blvd., Suite 300
Overland Park, KS 66211
(913) 777-5600
(913) 777-5601 – fax
mark.mcgrory@eriseip.com
adam.seitz@eriseip.com

*Attorneys for Defendant*
*Sprint Spectrum, L.P.*

## **CERTIFICATE OF SERVICE**

      The undersigned counsel hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 8, 2016.

                                                                */s/   Jennifer C. Tempesta*