# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADAPTIX, INC.,** § § § § § § § § § § § | | **Civil Action No. 6:15-CV-43-RWS-JDL** **JURY TRIAL DEMANDED** **(LEAD CASE)** |
| *Plaintiff,* | | |
| v. | | |
| **AT&T, INC.,** *et al.***,** | | |
| *Defendants.* | | |
| **ADAPTIX, INC.,** § § § § § § § § § § § | | **Civil Action No. 6:15-CV-44-RWS-JDL** **JURY TRIAL DEMANDED** |
| *Plaintiff,* | | |
| v. | | |
| **SPRINT SPECTRUM, L.P.,** | | |
| *Defendant.* | | |
| **ADAPTIX, INC.,** § § § § § § § § § § § | | **Civil Action No. 6:15-CV-45-RWS-JDL** **JURY TRIAL DEMANDED** |
| *Plaintiff,* | | |
| v. | | |
| **CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,** | | |
| *Defendant.* | | |

## PLAINTIFF ADAPTIX, INC.'S NOTICE OF COMPLIANCE

Adaptix, Inc. ("Adaptix"), plaintiff in the above-entitled and numbered civil actions, respectfully notifies the Court that on January 15, 2016, Adaptix served its disclosures pursuant to Local Patent Rule 4-1 and this Court's First Amended Docket Control Order (Dkt. No. 77) on Defendant's counsel of record via electronic mail.

1

Respectfully submitted,

*/s/ Eric M. Albritton*

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Shawn A. Latchford
Texas State Bar No. 24066603
sal@emafirm.com
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

Anthony K. Bruster, Of Counsel
Texas State Bar No. 24036280
akb@emafirm.com
Andrew J. Wright, Of Counsel
Texas State Bar No. 24063927
ajw@emafirm.com
**ALBRITTON LAW FIRM**
1330 North White Chapel Blvd. Suite 100
Southlake, Texas 76092
Telephone: (817) 251-0610
Facsimile: (903) 758-7397

Edward R. Nelson, III
ed@nelbum.com
Texas State Bar No. 00797142
Brent N. Bumgardner
brent@nelbum.com
Texas State Bar No. 00795272
Barry J. Bumgardner
barry@nelbum.com
Texas State Bar No. 00793424
Meredith Fitzpatrick
meredithf@nelbum.com
Texas State Bar No. 24059753
**NELSON BUMGARDNER ,P.C.**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Telephone: (817) 377-9111
Facsimile: (817) 377-3485

*Counsel for Adaptix, Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 15th day of January 2016.

Eric M. Albritton