## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| ADAPTIX, Inc., <br><br>         Plaintiff, <br><br> v. <br><br> AT&T MOBILITY LLC, <br><br>         Defendant. | Case No.  6:15-cv-00043-RWS-JDL <br><br> **LEAD CASE** |
| v. <br><br> SPRINT SPECTRUM, L.P., <br><br>         Defendant. | Case No.  6:15-cv-000044-RWS-JDL |
| v. <br><br> CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS <br><br>         Defendant. | Case No.  6:15-cv-000045-RWS-JDL |

### DEFENDANTS' NOTICE OF DISCLOSURE

Defendants AT&T Mobility LLC, Sprint Spectrum, L.P., and Cellco Partnership d/b/a Verizon Wireless (collectively, "Defendants") hereby give notice to the Court that on January 15, 2016, Defendants served Plaintiff Adaptix, Inc. its Proposed Claim Terms and Phrases for Construction Pursuant to Patent Local Rule 4-1 via electronic mail.

Dated:  January 15, 2016               Respectfully submitted,

                                       */s/  Geoffrey M. Godfrey*
                                       Mark D. Flanagan
                                         mark.flanagan@wilmerhale.com
                                       Robert M. Galvin
                                         robert.galvin@wilmerhale.com
                                       Geoffrey M. Godfrey
                                         geoff.godfrey@wilmerhale.com
                                       Cortney C. Hoecherl

1

    cortney.hoecherl@wilmerhale.com

    S. Dennis Wang
      dennis.wang@wilmerhale.com
    WILMER CUTLER PICKERING
      HALE AND DORR LLP
    950 Page Mill Road
    Palo Alto, CA  94304
    Telephone:     (650) 858-6000
    Facsimile:      (650) 858-6100

    Michael E. Jones (SBN 10929400)
    Allen Franklin Gardner (SBN 24043679)
    Potter Minton, P.C.
    110 N. College Ave., Suite 500
    Tyler, TX 75702
    (903) 597-8311
    (903) 593-0846 – fax
    mikejones@potterminton.com
    allengardner@potterminton.com

    *Attorneys for Defendant*
    *CELLCO PARTNERSHIP d/b/a*
    *VERIZON WIRELESS*

Dated:  January 15, 2016        Respectfully submitted,

    */s/  Jennifer C. Tempesta*
    Douglas M. Kubehl
    Kurt M. Pankratz
    BAKER BOTTS L.L.P.
    2001 Ross Avenue, Suite 600
    Dallas, Texas 75201
    (214) 953-6500
    douglas.kubehl@bakerbotts.com
    kurt.pankratz@bakerbotts.com

    Jennifer C. Tempesta
    BAKER BOTTS L.L.P.
    30 Rockefeller Plaza
    New York, New York 10112
    (212) 408-2500
    jennifer.tempesta@bakerbotts.com

*Attorneys for AT&T Mobility LLC*

Dated:  January 15, 2016

Respectfully submitted,

*/s/ George B. Davis*

Allen Franklin Gardner (SBN 24043679)
Michael E. Jones (SBN 10929400)
Potter Minton, P.C.
110 N. College Ave., Suite 500
Tyler, TX 75702
(903) 597-8311
(903) 593-0846 – fax
allengardner@potterminton.com
mikejones@potterminton.com

Jason W. Cook (SBN 24028537)
McGuireWoods LLP
2000 McKinney Ave., Suite 1400
Dallas, TX 75201
(214) 932-6400
(214) 932-6499 - fax
JCook@mcguirewoods.com

George B. Davis (VA Bar 83165)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
(804) 775-1000
(804) 775-2016 - fax
gdavis@mcguirewoods.com

Mark W. McGrory (KS Bar 12316)
Erise IP, P.A.
6201 College Blvd., Suite 300
Overland Park, KS 66211
(913) 777-5600
(913) 777-5601 – fax
mark.mcgrory@eriseip.com

*Attorneys for Defendant
Sprint Spectrum, L.P.*

## **CERTIFICATE OF SERVICE**

     The undersigned counsel hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 15, 2016.

                                                             */s/   Jennifer C. Tempesta*