# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# TYLER DIVISION

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § § | **Civil Action No. 6:15-CV-43-RWS-JDL** |
| *Plaintiff*, | § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| **AT&T, INC.**, *et al*. | § § | |
| | § | **(LEAD CASE)** |
| *Defendants.* | § | |
| **ADAPTIX, INC.,** | § § | |
| *Plaintiff*, | § § | **Civil Action No. 6:15-CV-44-RWS-JDL** |
| v. | § § | |
| **SPRINT SPECTRUM, L.P.** | § § | **JURY TRIAL DEMANDED** |
| *Defendant.* | § § | |
| **ADAPTIX, INC.,** | § § | |
| *Plaintiff*, | § § | |
| v. | § § | **Civil Action No. 6:15-CV-45-RWS-JDL** |
| **CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,** | § § § | **JURY TRIAL DEMANDED** |
| *Defendant.* | § | |

1

## PLAINTIFF ADAPTIX, INC.'S NOTICE OF APPEARANCE FOR EDWARD K. CHIN

Adaptix, Inc., plaintiff in the above-entitled and numbered civil actions, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

    Edward K. Chin
    Texas State Bar No. 50511688
    ekc@emafirm.com
    **ALBRITTON LAW FIRM**
    1330 North White Chapel Blvd. Suite 100
    Southlake, Texas 76092
    Telephone: (817) 251-0610
    Facsimile: (903) 758-7397

    Respectfully submitted,

    _____
    Eric M. Albritton
    Texas State Bar No. 00790215
    ema@emafirm.com
    Shawn A. Latchford
    Texas State Bar No. 24066603
    sal@emafirm.com
    **ALBRITTON LAW FIRM**
    P.O. Box 2649
    Longview, Texas 75606
    Telephone: (903) 757-8449
    Facsimile: (903) 758-7397

    Edward K. Chin
    Texas State Bar No. 50511688
    ekc@emafirm.com
    Anthony K. Bruster, Of Counsel
    Texas State Bar No. 24036280
    akb@emafirm.com
    Andrew J. Wright, Of Counsel
    Texas State Bar No. 24063927
    ajw@emafirm.com

**ALBRITTON LAW FIRM**
1330 North White Chapel Blvd. Suite 100
Southlake, Texas 76092
Telephone: (817) 251-0610
Facsimile: (903) 758-7397

Edward R. Nelson, III
ed@nelbum.com
Texas State Bar No. 00797142
Brent N. Bumgardner
brent@nelbum.com
Texas State Bar No. 00795272
Barry J. Bumgardner
barry@nelbum.com
Texas State Bar No. 00793424
Meredith Fitzpatrick
meredithf@nelbum.com
Texas State Bar No. 24059753
**NELSON BUMGARDNER ,P.C.**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Telephone: (817) 377-9111
Facsimile: (817) 377-3485

*Counsel for Adaptix, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 18th day of January 2016.

_____
Edward K. Chin