**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **ADAPTIX, INC.,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**AT&T MOBILITY LLC,**<br><br>　　　　**Defendant.** | JURY TRIAL DEMANDED<br><br>CASE NO. 6:15-cv-43-RWS<br><br>LEAD CASE |

**NOTICE OF APPEARANCE**

　　Defendant AT&T Mobility LLC notifies the Court and the parties of the appearance of Bryant C. Boren, Jr. as counsel on their behalf. Defendants respectfully requests that Mr. Boren, who is enrolled in the Court's CM/ECF system and whose contact information is set forth below, be included on the Court's and parties' service lists.

.

Dated:  February 3, 2016

Respectfully submitted,

By: */s/ Bryant C. Boren, Jr.*
Douglas M. Kubehl
   Texas State Bar No. 00796909
   E-mail:  doug.kubehl@bakerbotts.com
Kurt M. Pankratz
   Texas State Bar No. 24013291
   E-mail: kurt.pankratz@bakerbotts.com
Morgan E. Grissum
   Texas State Bar No. 24084387
   E-mail: morgan.grissum@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas  75201
Telephone: (214) 953-6500
Facsimile:  (214) 953-6503

Bryant C. Boren, Jr.
   Texas State Bar No. 02664100
   E-mail: bryant.c.boren@bakerbotts.com
**BAKER BOTTS L.L.P.**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA  94304
Telephone: (650) 739-7500
Facsimile:  (650) 739-7600

Jennifer C. Tempesta
   E-mail: jennifer.tempesta@bakerbotts.com
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza
New York, New York 10112-4498
Telephone: (212) 408-2500
Facsimile:  (212) 408-2501

*Attorneys for Defendant AT&T Mobility LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 3rd day of February, 2016, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Bryant C. Boren, Jr.*
Bryant C. Boren, Jr.

2