# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| ADAPTIX, INC.,<br><br>                    *Plaintiff*,<br><br>        v.<br><br>AT&T MOBILITY LLC,<br><br>                    *Defendant.* | Case No.  6:15-cv-00043-RWS-JDL<br><br>**LEAD CASE** |
| ADAPTIX, INC.,<br><br>                    *Plaintiff*,<br><br>        v.<br><br>SPRINT SPECTRUM, L.P.,<br><br>                    *Defendant.* | Case No.  6:15-cv-000044-RWS-JDL<br><br>**CONSOLIDATED CASE** |
| ADAPTIX, INC.,<br><br>                    *Plaintiff*,<br><br>        v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS<br><br>                    *Defendant.* | Case No.  6:15-cv-000045-RWS-JDL<br><br>**CONSOLIDATED CASE** |

## <u>DEFENDANTS' NOTICE OF COMPLIANCE WITH P.R. 4-2</u>

Defendants AT&T Mobility LLC, Sprint Spectrum L.P., and Cellco Partnership d/b/a Verizon Wireless (collectively, "Defendants") hereby notify the Court that on April 15, 2016, Defendants served on counsel of record for Plaintiff Adaptix, Inc. the disclosures required by Patent Local Rule 4-2 via electronic mail.

Dated:  April 15, 2016                          Respectfully submitted,

                                                */s/  Mark D. Flanagan*
                                                Mark D. Flanagan
                                                  mark.flanagan@wilmerhale.com
                                                Robert M. Galvin
                                                  robert.galvin@wilmerhale.com
                                                Cortney C. Hoecherl
                                                  cortney.hoecherl@wilmerhale.com
                                                S. Dennis Wang
                                                  dennis.wang@wilmerhale.com
                                                WILMER CUTLER PICKERING
                                                  HALE AND DORR LLP
                                                950 Page Mill Road
                                                Palo Alto, CA  94304
                                                Telephone:    (650) 858-6000
                                                Facsimile:     (650) 858-6100

                                                Michael E. Jones (SBN 10929400)
                                                John F. Bufe (SBN03316930)
                                                Potter Minton, P.C.
                                                110 N. College Ave., Suite 500
                                                Tyler, TX 75702
                                                (903) 597-8311
                                                (903) 593-0846 – fax
                                                mikejones@potterminton.com
                                                johnbufe@potterminton.com

                                                *Attorneys          for          Defendant
                                                CELLCO          PARTNERSHIP          d/b/a
                                                VERIZON WIRELESS*


Dated:  April 15, 2016                          Respectfully submitted,

                                                */s/  Jennifer C. Tempesta*

                                                Douglas M. Kubehl
                                                Kurt M. Pankratz
                                                Morgan E. Grissum
                                                **BAKER BOTTS L.L.P.**
                                                2001 Ross Avenue, Suite 600
                                                Dallas, Texas 75201
                                                (214) 953-6500
                                                douglas.kubehl@bakerbotts.com

kurt.pankratz@bakerbotts.com
morgan.grissum@bakerbotts.com

Jennifer C. Tempesta
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza
New York, New York 10112
(212) 408-2500
jennifer.tempesta@bakerbotts.com

Bryant C. Boren, Jr.
**BAKER BOTTS L.L.P.**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
(650) 739-7500
bryant.c.boren@bakerbotts.com

*Attorneys for AT&T Mobility LLC*

Dated:  April 15, 2016

Respectfully submitted,

*/s/ George B. Davis*

Michael E. Jones (SBN 10929400)
Potter Minton, P.C.
110 N. College Ave., Suite 500
Tyler, TX 75702
(903) 597-8311
(903) 593-0846 – fax
mikejones@potterminton.com

Jason W. Cook (SBN 24028537)
McGuireWoods LLP
2000 McKinney Ave., Suite 1400
Dallas, TX 75201
(214) 932-6400
(214) 932-6499 - fax
JCook@mcguirewoods.com

George B. Davis (VA Bar 83165)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
(804) 775-1000
(804) 775-2016 - fax

gdavis@mcguirewoods.com

Mark W. McGrory (KS Bar 12316)
Erise IP, P.A.
6201 College Blvd., Suite 300
Overland Park, KS 66211
(913) 777-5600
(913) 777-5601 – fax
mark.mcgrory@eriseip.com

*Attorneys for Defendant*
*Sprint Spectrum L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 15th day of April, 2016, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Jennifer C. Tempesta*
Jennifer C. Tempesta