IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC., | § | |
| | § | Civil Action No. 6:15-CV-43-RWS |
| *Plaintiff*, | § | |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| AT&T MOBILITY LLC, et al. | § | |
| | § | LEAD CASE |
| *Defendants*, | § | |

**PLAINTIFF ADAPTIX, INC.'S NOTICE OF COMPLIANCE WITH P.R. 4-2**

Plaintiff Adaptix, Inc. hereby notifies the Court that on April 15, 2016, Plaintiff served on counsel of record for Defendants Alcatel-Lucent USA, Inc., AT&T Mobility LLC, Sprint Spectrum L.P., and Cellco Partnership d/b/a Verizon Wireless the disclosures required by Patent Local Rule 4-2 via electronic mail.

Respectfully submitted,

/s/ Eric M. Albritton
Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Shawn A. Latchford
Texas State Bar No. 24066603
sal@emafirm.com
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397

Edward Chin
Texas State Bar No. 50511688
ekc@emafirm.com

Anthony K. Bruster, Of Counsel
Texas State Bar No. 24036280
akb@emafirm.com
Andrew J. Wright, Of Counsel
Texas State Bar No. 24063927
ajw@emafirm.com
**ALBRITTON LAW FIRM**
1330 North White Chapel Blvd. Suite 100
Southlake, Texas 76092
Telephone: (817) 251-0610
Facsimile: (903) 758-7397

Edward R. Nelson, III
ed@nelbum.com
Texas State Bar No. 00797142
Brent N. Bumgardner
brent@nelbum.com
Texas State Bar No. 00795272
Barry J. Bumgardner
barry@nelbum.com
Texas State Bar No. 00793424
**NELSON BUMGARDNER, P.C.**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Phone: (817) 377-9111
Fax: (817) 377-3485

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of April, 2016, I electronically filed the foregoing document with the clerk of the Court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the Court's electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

_____
Eric M. Albritton