**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| ADAPTIX, INC. § | | |
| § | | CASE NO. 6:15-cv-43 |
| *Plaintiff* § | | |
| § | | JURY TRIAL DEMANDED |
| v. § | | |
| § | | LEAD CASE |
| AT&T MOBILITY LLC, ET AL. § | | |
| § | | |
| *Defendants* § | | |

_____

**ORDER**

This matter comes before this Court on the Unopposed Motion for Extension of Time for Defendant to file is Responsive Claim Construction Brief.  Having considered the Unopposed Motion, the Court hereby GRANTS the motion and extends Defendant's time to file the Responsive Claim Construction Brief by seven (7) days to July 15, 2016.  No further extensions will be granted.

IT IS SO ORDERED.

**So ORDERED and SIGNED this 8th day of July, 2016.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

3