**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| ADAPTIX, INC. | § | |
| | § | |
| v. | § | CASE NO. 6:15cv43-RWS-JDL |
| | § | |
| AT&T MOBILITY LLC, ET AL. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Joint Stipulation of Dismissal of all claims asserted by Plaintiff, Adaptix, Inc., against Defendant Sprint Spectrum, L.P. in this case, and the Court being of the opinion that said Motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff, Adaptix, Inc. against Defendant Sprint Spectrum, L.P. are hereby dismissed with prejudice.  It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SIGNED this 12th day of July, 2016.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE